**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA MIAMI-DADE DIVISION**

www.flsb.uscourts.gov

In re:                                                          CASE NO: 24-13320-RAM
                                                                CHAPTER 13
**FERNANDO BENNER**

_____**Debtor.** /

## NOTICE OF VOLUNTARY DISMISSAL

Debtor, **FERNANDO BENNER,** by and through undersigned counsel, hereby file this Notice of Voluntary Dismissal in accordance with 11 U.S.C. sections 1307(b). Debtor has not converted the case previously under 11 U.S.C. sections 706, 1112 or 1208.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Voluntary Dismissal was served electronically to the Office of the U.S. Trustee and Nancy Neidich, Chapter 13 Trustee, as well as all creditors on the mailing matrix on May 20, 2024.

I hereby certify that I am admitted to the Bar of the United Stat es District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

Respectfully Submitted,

Aimee Melich Law, P.A.
Attorney for Debtor
7480 Bird Road, Suite 601
Miami, FL 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

By: */s/Aimee Melich, Esq.*

■ Aimee Melich, Esq./FBN.: 95066